

**United States Department of Justice**

*William Ihlenfeld*
*United States Attorney*
*United States Attorney's Office*
*Northern District of West Virginia*

W. Craig Broadwater Federal Building
217 West King Street          Phone: (304) 262-0590
Suite 400                     Fax: (304) 262-0591
Martinsburg, WV 25401

March 28, 2024

Kevin D. Mills
1800 W. King Street
Martinsburg, WV 25401          RE: *US. V. Frame, Inc. 3:24CR-18*

Dear Mr. Mills,

      This will confirm conversations with you concerning your client, Frame, Inc. (hereinafter referred to as "Defendant"). This is an **addendum** to the plea agreement entered into by James Frame on February 27, 2024. This addendum provides for further guidance on payment of restitution in advance of sentencing. Accordingly, it is agreed between the United States, Defendant, and Defendant's counsel that:

The defendant agrees to pay restitution to the fullest extent possible before he is sentenced. Any payment made prior to sentencing will be applied as a credit against the restitution ordered pursuant to this plea agreement. Unless directed otherwise, rather than sending pre-sentence payments to the Clerk of the U.S. District Court, any and all pre-sentencing restitution payments should be sent to: **US. Postal Service, Eagan Accounting Service Center, OIG case: 23INV00533, Attn: Fines and Restitution, 2825 Lone Oak Parkway, Eagan, MN 55121-9600**

Very truly yours,

WILLIAM IHLENFELD
United States Attorney

By: Kimberley Crockett, AUSA
Assistant United States Attorney

_____    _____3-29-24_____
James Frame, Owner Frame, Inc., Defendant    Date

_____    _____4/1/24_____
Kevin D. Mills, Defendant's Counsel    Date